**No. 11-578. In re George Lawson Kelly, Petitioner.**

565 U.S. 1109, 132 S. Ct. 1037, 181 L. Ed. 2d 794, 2012 U.S. LEXIS 494.

January 9, 2012. Petition for writ of mandamus denied.

**No. 11-7022. In re Charlie Eastland, Petitioner.**

565 U.S. 1109, 132 S. Ct. 1021, 181 L. Ed. 2d 794, 2012 U.S. LEXIS 562.

January 9, 2012. Petition for writ of mandamus denied.

**No. 11-7229. In re Saeed Bakhouche, aka Abdul Razak Ali, Petitioner.**

565 U.S. 1109, 132 S. Ct. 1036, 181 L. Ed. 2d 794, 2012 U.S. LEXIS 570.

January 9, 2012. Petition for writ of mandamus denied.

**No. 11-7483. In re Yvette Square, Petitioner.**

565 U.S. 1109, 132 S. Ct. 1054, 181 L. Ed. 2d 794, 2012 U.S. LEXIS 517,

January 9, 2012. Petition for writ of mandamus denied.

**No. 11-6882. In re George Roy Brown, Sr., Petitioner.**

565 U.S. 1109, 132 S. Ct. 1010, 181 L. Ed. 2d 794, 2012 U.S. LEXIS 457,

January 9, 2012. Petition for writ of mandamus and/or prohibition denied.

**No. 11-6994. In re Hector Barajas, Petitioner.**

565 U.S. 1109, 132 S. Ct. 1017, 181 L. Ed. 2d 794, 2012 U.S. LEXIS 459.

January 9, 2012. Petition for writ of mandamus and/or prohibition denied.

**No. 11-7076. In re John T. Vance, Petitioner.**

565 U.S. 1109, 132 S. Ct. 1025, 181 L. Ed. 2d 794, 2012 U.S. LEXIS 455.

January 9, 2012. Petition for writ of mandamus and/or prohibition denied.

**No. 11-7091. In re Edward Mierzwa, Petitioner.**

565 U.S. 1109, 132 S. Ct. 1026, 181 L. Ed. 2d 794, 2012 U.S. LEXIS 565.

January 9, 2012. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of mandamus dismissed. See Rule 39.8.

**No. 10-1115. Javier Cavazos, Acting Warden, Petitioner v. Shirley Ree Smith.**

565 U.S. 1149, 132 S. Ct. 1077, 181 L. Ed. 2d 794, 2012 U.S. LEXIS 559.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 1, 132 S. Ct. 2, 181 L. Ed. 2d 311, 2011 U.S. LEXIS 7603.